## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL FIOCCA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 18-5409 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of December, 2020, it is **ORDERED** that Defendants City of Philadelphia and Lt. Jonah Conway's Motion for Summary Judgment (ECF No. 40) is **GRANTED**.

                                                     s/ANITA B. BRODY, J.
                                                     ANITA B. BRODY, J.

COPIES VIA ECF ON